IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| EUGENE C. HAWKINS III, INDIVIDUALLY, and KERRI HAWKINS, AS NEXT FRIEND OF K.H. AND T.H., MINOR CHILDREN,<br><br>　　Plaintiffs,<br><br>v.<br><br>MAZDA MOTOR CORPORATION, THE HERTZ CORPORATION, and HERTZ VEHICLES, LLC,<br><br>　　Defendants. | Civil Action No. 7:14-cv-00054-O |

## ORDER

On February 17, 2015, United States Magistrate Judge Roach issued an electronic order finding as moot Defendant Mazda Motor Corporation's ("Mazda") Motion to Quash (ECF No. 30) and recommending an amendment to the Scheduling Order (ECF No. 9). *See* Elec. Order, Feb. 17, 2015, ECF No. 38. The parties, in their Stipulation (ECF No. 36) and Status Report (ECF No. 37), request an extension of the discovery and pretrial deadlines and a continuance of the trial date in order to accommodate Mazda, who was served approximately three months after the issuance of the initial Scheduling Order. The Court **ACCEPTS**[1] the Finding and Recommendation of the United States Magistrate Judge.

---

[1] The Court has modified the parties' proposed deadlines as indicated below.

Accordingly, it is **ORDERED** that the Scheduling Order for this case is hereby amended and the dates in the following Summary of Critical Dates shall be applicable unless later amended by the Court. The remainder of the Court's original Scheduling Order (ECF No. 9) remains in effect.

**I.      SUMMARY OF CRITICAL DATES**

| | |
|---|---|
| Deadline for Motions for Leave to Join Parties or Amend Pleadings (¶2) | Expired |
| Initial Expert Designation & Report (¶4 a.) | Expired |
| Responsive Expert Designation & Report (¶4 b.) | February 25, 2015 |
| Rebuttal Expert Designation (¶4 c.) | 30 days after disclosure made by other party |
| Expert Objections (¶4 d.) | October 13, 2015 |
| Dispositive Motions (¶3) | July 20, 2015 |
| Mediation (¶6) | May 29, 2015 |
| Completion of Discovery (¶50 | June 19, 2015 |
| Pretrial Disclosures and Objections (¶7) | October 7, 2015 Objections due 14 days thereafter |
| Pretrial Materials (pretrial order etc.) (¶8) | October 22, 2015 |
| Exchange of Exhibits (¶9) | November 2, 2015 |
| Pretrial Conference (¶11) | To be set if necessary. |
| Trial Date (¶1) | November 16, 2015 |

**SO ORDERED** on this **18th day** of **February, 2015**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**

2